**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO: 9:21-CV-80929-DMM**

|  |  |
|---|---|
| | ) |
| TERRY TANNENBAUM, | ) |
| *on his own behalf and on behalf of all others* | ) |
| *similarly situated*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CALIBER HOME LOANS, INC., | ) |
| *a Delaware corporation,* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**
**CALIBER HOME LOANS, INC. AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that Dale A. Evans Jr. of Locke Lord LLP, hereby gives notice of

appearance in this matter on behalf of defendant Caliber Home Loans, Inc.

Please take further notice that e-mail addresses for service of all documents required or

permitted to be served on all parties in this matter, are as follows:

Primary: dale.evans@lockelord.com
Secondary: tina.sullivan@lockelord.com
autodocket@lockelord.com

All pleadings and documents should hereafter be served by email upon all such

designated email addresses.

- 2 -

Dated:  June 3, 2021

By:/s/ *Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar Number: 98496
**LOCKE LORD LLP**
777 South Flagler Drive, Suite 215-East
West Palm Beach, Florida 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719
dale.evans@lockelord.com

*Counsel for defendant Caliber Home Loans, Inc.*

92297536