**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO: 9:21-CV-80929-DMM**

TERRY TANNENBAUM, )
*on his own behalf and on behalf of all others* )
*similarly situated*, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　　 )
v. )
　　　　　　　　　　　　　　　　　　　　　　 )
CALIBER HOME LOANS, INC., )
*a Delaware corporation,* )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　Defendant. )
　　　　　　　　　　　　　　　　　　　　　　 )

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**
**CALIBER HOME LOANS, INC. AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that R. Keith Ustler of Locke Lord LLP, hereby gives notice of appearance in this matter on behalf of defendant Caliber Home Loans, Inc.

Please take further notice that e-mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

　　　　Primary:　　　keith.ustler@lockelord.com
　　　　Secondary:　 irene.rabba@lockelord.com
　　　　　　　　　　　autodocket@lockelord.com

All pleadings and documents should hereafter be served by email upon all such designated email addresses.

|  |  |
|---|---|
| Dated: June 3, 2021 | By: /s/ *R. Keith Ustler* <br> R. Keith Ustler <br> Florida Bar Number: 103584 <br> **LOCKE LORD LLP** <br> 777 South Flagler Drive, Suite 215-East <br> West Palm Beach, Florida 33401 <br> Telephone: 561-833-7700 <br> Facsimile: 561-655-8719 <br> keith.ustler@lockelord.com <br><br> *Counsel for defendant Caliber Home Loans, Inc.* |

92298519