UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80929-CV-MIDDLEBROOKS/Matthewman

TERRY TANNENBAUM,

    Plaintiff,

v.

CALIBER HOME LOANS, INC.,

    Defendant.
_____/

## ORDER OF REFERENCE

THIS CAUSE comes before the Court upon the Parties' Notice of Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge ("Notice"), filed on July 14, 2021. (DE 25). The Notice bears the signatures of all Parties' attorneys to this action, and it provides that the Parties consent to the exercise of jurisdiction by a Magistrate Judge over all further proceedings in this case, including trial and the entry of judgment. Accordingly, it is hereby **ORDERED AND ADJUDGED** that, pursuant to 28 U.S.C. § 636(c)(1), Federal Rule of Civil Procedure 73, and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby referred to **United States Magistrate Judge William Matthewman** for all further proceedings.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of July, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record;
               Magistrate Judge William Matthewman